NUMBERS 13-03-395-CR and 13-03-396-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

CHUKWUEMEKA FELIZ IROH,                                            Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 337th District Court 
of Harris County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, CHUKWUEMEKA FELIZ IROH, attempts to appeal judgments entered
by the 337th District Court of Harris County, Texas, in cause numbers 785249 and
944370. On February 26, 2004, these causes were abated, and the trial court was
directed to conduct a hearing to determine why counsel had failed to comply with this
Court’s order. The trial court’s findings and recommendations were received on March
15, 2004. The trial court found that the appellant has served all the time that is due
in these cases and does not wish to prosecute his appeals.
         The Court, having considered the documents on file and the trial court’s findings
and recommendations, is of the opinion that the appeals should be dismissed. The
appeals are hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 8th day of April, 2004.